## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER LEUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLUEBIRD BIO, INC., NICK LESCHLY, and CHIP BAIRD,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:21-cv-00777<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND [PROPOSED] ORDER TO TRANSFER VENUE AND TO GOVERN ACCEPTANCE OF SERVICE AND SCHEDULING

Plaintiff Peter Leung ("Plaintiff") and Defendants bluebird bio, Inc., Nick Leschly, and Chip Baird (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation:

WHEREAS, on February 12, 2021, Plaintiff filed the above-captioned securities fraud class action asserting claims under Section 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder (the "Complaint," ECF No. 1);

WHEREAS, the Parties have conferred and agree that this case should be transferred to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. § 1404(a) for at least the following reasons:

1. The individual Defendants reside and work in Massachusetts, and bluebird bio, Inc. is a Delaware corporation with its corporate headquarters in Cambridge, Massachusetts. *See Ahrens v. CTI BioPharma Corp.*, 2016 WL 2932170, at *4 (S.D.N.Y. May 19, 2016) ("While there is no per se rule requiring or presumptively favoring the transfer of a securities-fraud action to the district where the issuer is headquartered, such transfers to the issuer's home district are routine as a practical matter.") (internal citations omitted);

2. The Parties agree that transferring this case to the District of Massachusetts is in the interest and the convenience of the Parties and witnesses, likely most of whom are located in Massachusetts. *See Blass v. Capital Int'l Sec. Grp.*, 2001 WL 301137 (E.D.N.Y. Mar. 23, 2001) ("Convenience of witnesses is usually the most important consideration in analyzing a motion to transfer under § 1404(a)."); *see also In re Global Cash AccessHoldings, Inc. Sec. Litig.*, No. 08 Cv. 3516, 2008 WL 4344531, at *4 (S.D.N.Y. Sept. 18, 2008) ("The [c]onvenience of both the party and non-party witnesses is probably

the single-most important factor in the analysis of whether transfer should be granted.") (internal citations omitted); and

3. The above-captioned action could have been brought in the District of Massachusetts under 28 U.S.C. § 1391(b)(1) because a substantial part of the events allegedly giving rise to the claim occurred in the District of Massachusetts.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by the parties hereto, by and through their undersigned counsel, subject to the approval of the Court, as follows:

1. Pursuant to 28 U.S.C. § 1404, the above-captioned matter be transferred to the District of Massachusetts;

2. The Undersigned attorneys for the Defendants are authorized to and hereby accept service of the Complaint on behalf of all Defendants;

3. Within ten (10) days of appointment of Lead Plaintiff pursuant to 15 U.S.C. § 78u-4, Lead Plaintiff and Defendants will meet and confer to negotiate a schedule regarding the filing of an Amended Complaint and Motion to Dismiss Briefing and jointly submit the same to the Court.

Dated:  February 24, 2021

*/s/ J. Alexander Hood II (with permission)*
POMERANTZ LLP
Jeremy A. Lieberman
J. Alexander Hood II
James M. LoPiano
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com
jlopiano@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

*Counsel for Plaintiff*

Dated:  February 24, 2021

*/s/ Deborah S. Birnbach*
GOODWIN PROCTER LLP
Deborah S. Birnbach
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
dbirnbach@goodwinlaw.com

*Counsel for Defendants*

4

**SO ORDERED** this ____ day of _____, 2021.

_____
The Hon. Allyne R. Ross
U.S. District Judge