UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER LEUNG, individually and on behalf of all other similarly situated,<br><br>      Plaintiff,<br><br>   -against-<br><br>BLUEBIRD BIO, INC., NICK LESCHLY, and CHIP BAIRD<br><br>      Defendant | Case No. 1:21-CV-00777 |

## NOTICE OF APPEARANCE OF JENNIFER BURNS LUZ

PLEASE TAKE NOTICE that I, Jennifer Burns Luz, from the law firm of Goodwin Procter LLP, hereby enter my appearance as counsel on behalf of Defendants Bluebird Bio, Inc., Nick Leschly, and Chip Baird in the above captioned matter. I certify that I am admitted to practice before this Court.

Dated: February 25, 2021     Respectfully submitted,

                */s/Jennifer Burns Luz*
                Jennifer Burns Luz
                Goodwin Procter LLP
                100 Northern Avenue
                Boston, MA 02210
                Phone: (617) 570-1000
                Fax: (617) 523-1231
                Email: JLuz@goodwinlaw.com

                *Counsel for Defendants Bluebird Bio, Inc., Nick Leschly, and Chip Baird*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2021, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notices and caused copies of the aforementioned document to be served via first class mail, postage prepaid upon any non-CM/ECF participants.

    /s/Jennifer Burns Luz