UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER LEUNG, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>BLUEBIRD BIO, INC., NICK LESCHLY, and CHIP BAIRD,<br><br>      Defendants. | Civil Action No. 1:21-cv-10335-DJC |

## DEFENDANTS' AMENDED MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 7.1(b)(3), Defendants hereby request leave of the Court to file a response to Plaintiff's Notice of Supplemental Authority concerning *Constr. Indus. and Laborers Joint Pension Tr. v. Carbonite Inc., et al.*, No. 20-2110, ---F.4d---, 2021 WL 6062622 (1st Cir. Dec. 22, 2021). The proposed response, which is attached hereto as Exhibit A, briefly addresses Plaintiff's newly-cited authority, and explains why that authority is irrelevant to the decision on Defendants' Motion to Dismiss.

WHEREFORE, Defendants respectfully request that this motion for leave to file the proposed response be granted.

| | |
|---|---|
| Dated:  January 7, 2022 | Respectfully submitted, |
| | BLUEBIRD BIO, INC., NICK LESCHLY, AND CHIP BAIRD |
| | By their attorneys, |
| | /s/ *Deborah S. Birnbach* <br> Deborah S. Birnbach (BBO # 628243) <br> Jennifer B. Luz (BBO # 657739) <br> GOODWIN PROCTER LLP <br> 100 Northern Avenue <br> Boston, MA 02210 <br> Tel.: 617.570.1000 <br> Fax: 617.523.1231 <br> DBirnbach@goodwinlaw.com <br> JLuz@goodwinlaw.com |

## LOCAL RULE 7.1(a)(2) CERTIFICATE

I, Deborah S. Birnbach, hereby certify that Defendants' counsel have conferred with Plaintiff's counsel on the matters set forth herein and that Plaintiff takes no position on this motion.

*/s/ Deborah S. Birnbach*
Deborah S. Birnbach

## CERTIFICATE OF SERVICE

I, Deborah S. Birnbach, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 7, 2022.

*/s/ Deborah S. Birnbach*
Deborah S. Birnbach