UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**PETER LEUNG, ET AL**

V.   CIVIL ACTION NO. **21-10335-DJC**

**BLUEBIRD BIO, INC. ET AL**

**ORDER OF DISMISSAL**

CASPER, D.J.

In accordance with the Memorandum and Order dated April 21, 2022, the Court Orders that Defendants' Motion to Dismiss is Allowed and the above-entitled action be and hereby is DISMISSED.

April 21, 2022                                                     /s/ Lisa M. Hourihan
                                                                   Deputy Clerk